**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

Eastern District of Kentucky
FILED

MAR 1 9 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                   INDICTMENT NO. 3:26cr03 gfvo-mas

**BILLY L. NOEL**

* * * * *

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about September 16, 2025, in Anderson County, in the Eastern District of Kentucky,

**BILLY L. NOEL,**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about September 16, 2025, in Anderson County, in the Eastern District of Kentucky,

**BILLY L. NOEL,**

did knowingly possess a firearm, to wit: a Taurus; Model: G2C; Caliber: 9mm; Type: Pistol; Serial Number: TMW28539, in furtherance of a drug trafficking crime, as charged in Count 1 of this Indictment, for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
### 18 U.S.C. § 922(g)(1)

On or about September 16, 2025, in Anderson County, in the Eastern District of Kentucky,

**BILLY L. NOEL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus; Model: G2C; Caliber: 9mm; Type: Pistol; Serial Number: TMW28539, that was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**A TRUE BILL**

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**  Not less than 5 years imprisonment, not more than 40 years imprisonment, not more than a $5,000,000 fine, and not less than 4 years of supervised release.

**If prior serious drug felony or serious violent felony conviction:** Not less than 10 years of imprisonment, not more than life imprisonment, not more than an $8,000,000 fine, and not less than 8 years of supervised release.

**COUNT 2:**  Not less than 5 years imprisonment, not more than life imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and not more than 5 years of supervised release

**COUNTS 3:**  Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**If armed career criminal:** Not less than 15 years imprisonment, not more than life imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable